IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

CASE NO:

ROBERT CARLSON,

      Plaintiff,

vs.

WAL-MART STORES EAST LP,

      Defendant.

_____ /

## COMPLAINT

COMES NOW Plaintiff, ROBERT CARLSON, and sues Defendant, WAL-MART STORES EAST LP, and alleges:

1. This is an action for damages that exceeds Fifty thousand one dollar and no cents ($50,001.00), exclusive of interest, costs and attorneys' fees.

2. Plaintiff is a natural person residing in Lee County, Florida.

3. At all times material to this action, Defendant is a Florida corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant was the owner and in possession of that certain business located at 14821 6 Mile Cypress Pkwy, Fort Myers, FL, open to the general public, including the Plaintiff herein.

5. On or about February 25, 2022, Plaintiff visited Defendant's premises.

6. At said time and place, Plaintiff was lawfully upon the premises of the Defendant, who owed Plaintiff a duty to exercise reasonable care for her safety, including the duty to maintain the premises in a clean and dry condition, and the duty to warn of hazrads.

7.      At said time and place, Defendant breached those duties owed to Plaintiff by allowing liquid to remain on its floor thus creating a hazard, and failing to warn Plaintiff of the liquid on the floor.

8.      As a result, while Plaintiff was visiting Defendant's business, he slipped and fell on liquid believed to be water next to the refrigerated cooler, sustaining injuries as set forth.

9.      As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, ROBERT CARLSON, sues the Defendant, WAL-MART STORES EAST LP, for damages and demands judgment in excess of Fifteen Thousand Dollars ($15,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 9th day of March, 2023.

<u>/s/ Benjamin Abdulnour</u>
Benjamin Abdulnour, Esquire
Florida Bar No.: 71362
Morgan & Morgan, P.A.
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: (239) 210-5350
Fax: (239) 204-3813
Email: babdulnour@forthepeople.com
dgallow@forthepeople.com
Attorney for Plaintiff(s)